# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2688
_____

WARREN R. JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Hamilton County.
Wesley R. Douglas, Judge.

February 18, 2019

PER CURIAM.

Warren R. Johnson was convicted in 2005 of second-degree murder and possession of a firearm by a convicted felon. He was sentenced to fifty years' imprisonment with a twenty-five-year mandatory minimum. Since his convictions and sentences became final, Johnson has filed seven postconviction motions. All seven have been denied by the postconviction court.

Here, Johnson appeals the trial court's order summarily denying his eighth motion for postconviction relief. Johnson alleged that his trial counsel was ineffective for failing to object to multiple problems with the jury instructions, for failing to object to improper comments by the prosecutor, and for failing to convey a plea offer. The trial court properly denied Johnson's eighth

postconviction motion as untimely and successive. *See* Fla. R. Crim. P. 3.850(b), (h)(2). We, therefore, affirm the trial court's order, and, by separate order, direct Johnson to show cause why he should not be barred from future pro se filings in this Court.

AFFIRMED.

ROWE, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Warren R. Johnson, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.